1  Phillip H. Stanfield, Bar #011729
   David L. Stout, Jr., Bar #024857
2  Matthew S. Barney, Bar #034851
   JONES, SKELTON & HOCHULI, P.L.C.
3  40 North Central Avenue, Suite 2700
   Phoenix, Arizona  85004
4  Telephone:  (602) 263-1700
   Fax:  (602) 200-7877
5  pstanfield@jshfirm.com
   dstout@jshfirm.com
6  mbarney@jshfirm.com

7  Attorneys for Defendants Manuel Ernesto
   Campos and Campos Trucking Services
8

9              **UNITED STATES DISTRICT COURT**

10                 **DISTRICT OF ARIZONA**

11  Carmen Ramirez Perez,                    NO.

12                              Plaintiff,   **NOTICE OF REMOVAL**

13              v.

14  Manuel Ernesto Campos and Jane Doe
    Campos, husband and wife; Campos Trucking
15  Services, a corporation licensed to operate in
    Arizona; John Does I-X; Jane Does I-X; Black
16  Corporations I-X; and White Partnerships I-X ,

17                              Defendants.

18

19          Defendants Manuel Ernesto Campos and Campos Trucking Service

20  ("Removing Defendants"), hereby file the following Notice of Removal of this action,

21  currently pending in the Superior Court of the State of Arizona, County of Maricopa, No.

22  CV2019-000786, to United States District Court for the District of Arizona pursuant to

23  28 U.S.C. §§ 1332, 1441, and 1446.  As grounds for removal, Removing Defendants state

24  as follows:

25  **PROCEDURAL HISTORY**

26          1.     The above-captioned case commenced when Plaintiff Carmen

27  Ramirez Perez ("Plaintiff") filed a Complaint in Superior Court in and for Maricopa

28

    7502722.1

County, on or about January 7, 2019. *See* Complaint, along with complete copy of Superior Court file, attached as Exhibit A.

2. Removing Defendants, through counsel, executed a Waiver of Service of Summons on March 20, 2019. Service of the Summons and Complaint was completed as of that day.

3. A responsive pleading on Removing Defendants' behalves has not yet been filed.

**TIMELINESS OF REMOVAL**

4. Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within 30 days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

5. This Notice of Removal is filed within 30 days after waiver of service and, therefore, is timely. *See* 28 U.S.C. § 1446(b)(1).

6. A Notice of Filing Notice of Removal was filed with the Superior Court in and for Maricopa County. *See* Notice of Filing Notice of Removal (exclusive of exhibits), attached as Exhibit B.

**BASIS OF REMOVAL**

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship. *See* 28 U.S.C. § 1332(a).

8. Plaintiff's Complaint is based on a collision involving a pickup truck and a tractor trailer. She has already disclosed to Defendants medical records and billings totaling $100,847.84 that she alleges are reasonable and related to this accident. The value of the claim exceeds $75,000, thus the amount in controversy is satisfied.

9. According to the Complaint, Plaintiff resides in Maricopa County, Arizona, where she presumably intends to remain. She is thus considered a citizen of Arizona.

10.     Defendant Manuel Ernesto Campos resides in California, where he intends to remain. He is thus a citizen of California.

11.     Defendant Campos Trucking Services is a sole proprietorship owned by Defendant Manuel Ernesto Campos. Since Defendant Manuel Ernesto Campos, as the sole proprietor, is a citizen of California, Defendant Campos Trucking Services, as the sole proprietorship, is also considered a citizen of California. *See Lyerla v. Amco Ins. Co.*, 461 F. Supp. 2d 834, 836 (S.D. Ill. 2006).

12.     Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed based on diversity of citizenship.  There are no other defendants other than these Removing Defendant's, both of which consent to the removal of this matter.

**WHEREFORE**, Defendants Manuel Ernesto Campos and Campos Trucking Service respectfully request the above action now pending in the Superior Court in and for Maricopa County be removed to this Court.

DATED this 18th day of April 2019.

JONES, SKELTON & HOCHULI, P.L.C.


By:/s/David L. Stout, Jr.
Phillip H. Stanfield
David L. Stout, Jr.
Matthew S. Barney
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants Manuel Ernesto
Campos and Campos Trucking Services

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Bethany Torgersen
TORGERSEN LAW FIRM, PLLC
1305 West McDowell Road
Phoenix, Arizona  85007
bethany@torgersenlawfirm.com
Attorney for Plaintiff

/s/Victoria G. Wells

7502722.1

4